IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKEITH AMIR-SHARIF, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:07-CV-0311-L |
| | § | |
| DALLAS COUNTY JAIL, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court are: (1) Plaintiff's Motion to Compel the Production of Inmate Trust Fund Statement, filed February 16, 2007; and (2) the Findings and Recommendation of the United States Magistrate Judge, entered May 31, 2007.

United States Magistrate Judge Jeff Kaplan recommended that the court dismiss with prejudice Plaintiff's complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for want of prosecution. The magistrate judge noted that Plaintiff failed to respond to the court's interrogatories and that Plaintiff had a long history of filing frivolous lawsuits with the court. Plaintiff did not timely object to the magistrate judge's findings and recommendation, but did file a motion seeking an extension of his deadline to object. The court granted his motion, but Plaintiff failed to file any objections by July 2, 2007 as required by the court.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court therefore **dismisses with prejudice** Plaintiff's complaint for want of prosecution. Plaintiff's Motion to Compel the Production of Inmate Trust Fund Statement is **denied as moot**.

**Order – Page 1**

**It is so ordered** this 5th day of July, 2007.

                                                */s/ Sam A. Lindsay*
                                                Sam A. Lindsay
                                                United States District Judge